UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

AMANDA L. FLORENCE

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:09-CR-287 (GHL)

Thomas Anelli, Esq.
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere as to count(s) 1 as superseded on the record.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Driving While Ability Impaired by Alcohol, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.1 of the New York Vehicle and Traffic Law.

**DATE OFFENSE CONCLUDED: MAY 2, 2009**

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $500.00, and a special assessment of $5.00. Total of the fine and special assessment is $505.00, payable immediately. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address. Defendant is also ordered to complete a total of 20 hours community service.

**IT IS FURTHER ORDERED THAT** the original counts of the Information are dismissed on motion of the United States.

August 12, 2009
Date of Imposition of Sentence


August 13, 2009
DATE SIGNED

George H. Lowe
United States Magistrate Judge